UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

MPHASIS CORPORATION,

        Plaintiff,

        v.

ALBERT ROJAS,

        Defendant.

-------------------------------------------------------

**NOTICE OF *EX PARTE* MOTION**

25-cv-03175 (JMF)

        **PLEASE TAKE NOTICE** that upon this Notice of *Ex Parte* Motion, the accompanying Memorandum of Law in Support of the Motion for an Order Directing Alternative Service, the annexed Declaration of Kimberly R. Karseboom, dated April 21, 2025 (along with Exhibits A-J), and upon all the prior pleadings and proceedings herein, Mphasis moves pursuant to Federal Rule of Civil Procedure 4 for an *ex parte* order authorizing alternative service on Defendant Rojas.

        Under Local Civil Rule 6.1, *ex parte* adjudication is warranted because of the difficulties effectuating service of process and the need for immediate relief.

Dated: New York, New York
      April 21, 2025

                        OGLETREE, DEAKINS, NASH,
                         SMOAK & STEWART, P.C.

                    By: */s/ Kimberly R. Karseboom*
                       Kimberly R. Karseboom
                       599 Lexington Avenue, 17th Floor
                       New York, NY 10022
                       212-492-2078
                       kimberly.karseboom@ogletree.com

                       *Attorneys for Plaintiff*
                       *Mphasis Corporation*