UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MPHASIS CORPORATION,

        Plaintiff,

    v.

ALBERT ROJAS,

        Defendant.

**NOTICE OF *EX PARTE* MOTION**

25-cv-03175 (JMF)

**PLEASE TAKE NOTICE** that upon this Notice of *Ex Parte* Motion, the accompanying Memorandum of Law in Support of the Motion for an Order Directing Alternative Service, the annexed Declaration of Kimberly R. Karseboom, dated April 21, 2025 (along with Exhibits A-J), and upon all the prior pleadings and proceedings herein, Mphasis moves pursuant to Federal Rule of Civil Procedure 4 for an *ex parte* order authorizing alternative service on Defendant Rojas.

Under Local Civil Rule 6.1, *ex parte* adjudication is warranted because of the difficulties effectuating service of process and the need for immediate relief.

Dated: New York, New York
      April 21, 2025

Application GRANTED. The Court agrees that alternate service is appropriate under Fed. R. Civ. P. 4(f)(3). The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

*[signature]*

April 22, 2025

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

By: */s/ Kimberly R. Karseboom*
    Kimberly R. Karseboom
    599 Lexington Avenue, 17th Floor
    New York, NY 10022
    212-492-2078
    kimberly.karseboom@ogletree.com

*Attorneys for Plaintiff*
*Mphasis Corporation*