UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MPHASIS CORPORATION, :
:
                Plaintiff, :
: 25-CV-3175 (JMF)
    -v- :
: <u>ORDER</u>
ALBERT ROJAS, :
:
                Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 30, 2025, Plaintiff filed a motion for temporary restraining order and preliminary injunction without notice to Defendant. *See* ECF No. 11. The motion papers state, however, that Plaintiff has served the summons and Complaint on Defendant — and received communications from Defendant that appear to pertain to this suit (if not to Defendant's motion) on April 30, 2025, *see* ECF No. 12 ("Pl.'s Mem."), at 14. Moreover, shortly after Plaintiff's motion was filed, Defendant filed several responses on the docket. *See* ECF Nos. 17-28. The Court thus declines to consider the motion on an *ex parte* basis. To the extent that Plaintiff has not done so already, Plaintiff shall serve all of its motion papers **and a copy of this Order** on Defendant by email at the previously approved address, *see* ECF No. 10, along with any other email address employed by Defendant and identified in Plaintiff's motion papers, *see* Pl.'s Mem. 6-14, **within one business day of the date of this Order**.

      Moreover, the parties shall appear from a telephone conference with the Court on **May 6, 2025**, at **2:30 p.m.** The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: May 1, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                                  United States District Judge