```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MPHASIS CORPORATION,                                             :
                                                                 :
                            Plaintiff,                           :
                                                                 :         25-CV-3175 (JMF)
                -v-                                              :
                                                                 :           TEMPORARY
ALBERT ROJAS,                                                    :       RESTRAINING ORDER
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  This matter is before the Court on Plaintiff Mphasis Corporation's ("Mphasis") Motion for Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. *See* ECF Nos. 11-12. For good cause shown (and based in part on the consent of Defendant Albert Rojas, as reflected in the conference held on the record earlier today), the Court, being duly advised, hereby grants a Temporary Restraining Order as follows:

1. Rojas shall not, directly or indirectly, access, possess, disclose, and/or utilize for any purpose all confidential information, trade secrets, and other confidential or proprietary information owned, maintained, and/or utilized for the benefit of Mphasis, including but not limited to Mphasis emails and any documents, digital or hardcopy, created or used for Mphasis' clients.

2. Rojas shall cease using any email addresses impersonating Mphasis CEO Nitin Rakesh or an employee of Mphasis, including creating email domain names resembling that of Mphasis, its employees, or its Legal Department.

3. Rojas shall cease contacting Mphasis CEO Nitin Rakesh and employees Jitendra Borkar,

Ruturaj Waghmode, Vinod Kumar, Charles Francis, and Shannon Mostafazadeh.

4. With Rojas's good-faith cooperation, Plaintiff shall arrange for QBE to provide a QBE-generated Federal Express label and box to Rojas no later than **May 8, 2025**. If such a label and box are provided to Rojas, he shall use them to return his QBE-issued laptop no later than **May 9, 2025**.

5. Rojas shall promptly cooperate in full with Mphasis' counsel in this matter to return all such confidential information of Mphasis in his possession, custody, or control, including whether maintained in hard copy or electronically, and shall not retain such information in any format, and Rojas shall further certify under oath the identity of all third parties with whom Rojas has shared or attempted to share such information.

6. Rojas shall cooperate in full with Mphasis' counsel to arrange for a neutral forensic examiner selected by Mphasis to conduct an immediate forensic examination of Rojas' personal Mac computer, including all email accounts, cloud accounts, and other relevant software/hardware utilized by Rojas since March 13, 2025.

7. This Order shall remain in effect for five weeks (one week beyond Plaintiff's deadline to file a reply in support of its request for a preliminary injunction) or until further ordered by this Court.

8. No bond is required to effectuate this Order.

9. **Plaintiff shall, no later than May 6, 2025, serve this Order on Rojas by email and file proof of such service no later than May 7, 2025.**

SO ORDERED.

Dated: May 6, 2025
      New York, New York

_____
JESSE M. FURMAN
United States District Judge