**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MPHASIS CORPORATION,

                Plaintiff,

                -against-

ALBERT ROJAS,

                Defendant.
-------------------------------------------------------------x

25-CV-3175 (JMF)

**AMENDED ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Judge Furman has referred this matter to me for settlement purposes. (ECF 66). Accordingly, the Court held a confidential settlement conference call on May 13, 2025. (ECF 69). At the conference, the parties confirmed that Mr. Rojas has returned the laptop referenced at paragraph 5 of Judge Furman's Temporary Restraining Order (the "TRO"). (ECF 65). The parties next agreed to a process for Mr. Rojas's compliance with paragraph 6 of the TRO (the "imaging process"), which will take place in my jury room, in **Courtroom 20D, 500 Pearl Street, New York, NY 10007, on Thursday, May 29, 2025 at 10:00 a.m.**. The following conditions will apply to the imaging process:

- Only the neutral forensic examiner(s) and Court personnel will be permitted in the jury room.

- Mr. Rojas will provide log in credentials to a Court employee(s) who will provide that information to the neutral forensic examiner(s).

- If two-factor authentication is necessary, the Court employee(s) will convey that information to Mr. Rojas.
- Once access is provided and the imaging process begins, the Courtroom will be locked.

For the process to proceed smoothly, however, the Court needs additional information from the parties. Accordingly:

- Mr. Rojas is directed to confirm, by **filing one letter on the docket addressing only this issue, by Thursday, May 22, 2025**, that he will bring both the personal computer referenced in paragraph 6 of the TRO and the mobile phone needed for any two-factor authentication, to the Courthouse.
- In the alternative, Mr. Rojas may complete the attached Proposed Electronic Device Order, and file it by **Thursday, May 22, 2025**.
- Plaintiff will complete the attached Proposed Electronic Device order and file it by **Thursday, May 22, 2025**.

Nothing in this Order relieves or excuses any individual from any required security screening of their persons or belongings upon entry to the Courthouse.

The Clerk of Court is respectfully requested to **strike ECF 117**, which was entered in error.

**SO ORDERED.**

Dated: May 15, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

---------------------------------------------------------------- x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:              _____

_____
United States Judge

Revised: July 1, 2019.