UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

MPHASIS CORPORATION,                            :

                        Plaintiff,                       :
                                                      :     25-CV-3175 (JMF)
               -v-                                     :
                                                      :          ORDER

ALBERT ROJAS,                                  :

                        Defendant.                    :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By separate order today, the Court will enter an Amended Order of Reference to Magistrate Judge Ona T. Wang. The Amended Order will specify that this action is referred to Magistrate Judge Wang for purposes of settlement *and* compliance with the temporary restraining order. The Court concludes that referral to the Magistrate Judge for both of these purposes is appropriate at this time because the ongoing settlement proceedings necessarily encompass efforts to facilitate compliance with the temporary restraining order.

      Plaintiff shall serve a copy of this Order — along with the Amended Order of Reference — on Defendant by email and, no later than **May 19, 2025**, file proof of such service on ECF.

      SO ORDERED.

Dated: May 16, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                               United States District Judge