**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
MPHASIS CORPORATION,                    :
                                                                     :
                        Plaintiff,     :        25-CV-3175 (JMF)
                                                                     :
                   -against-           :        **ORDER**
                                                                     :
ALBERT ROJAS,                                   :
                                                                     :
                       Defendant.    :
                                                                     :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 113, Plaintiff's cross motion for sanctions and opposition to Defendant's motion for summary judgment.

      This case was initially referred to me for settlement purposes, (ECF 66), which referral was later amended to include compliance with the Temporary Restraining Order entered in this action on May 6, 2025.  (ECF Nos. 120, 121).  (*See* ECF 65).  After a confidential settlement call on May 13, the Court scheduled an in-person conference for Thursday, May 29, 2025, at which Defendant's laptop—which is a subject of the TRO—will be imaged by a neutral forensic examiner.  (ECF Nos. 65, 69, 118).  The Court may then conduct further settlement conferences to determine whether the issues in this case can be resolved without further motion practice.

In light of the upcoming May 29 Conference, at which some of the issues identified in Plaintiff's motion for sanctions may be resolved, **further briefing on Plaintiff's motion for sanctions is STAYED until Thursday, June 5, 2025**.

**SO ORDERED.**

Dated: May 23, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge