UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MPHASIS CORPORATION,

               Plaintiff,

               -against-

ALBERT ROJAS,

               Defendant.

------------------------------------------------------------x

25-CV-3175 (JMF)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Defendant, who proceeds *pro se*, has not provided an address at which he can be served.

To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties, including *pro se* parties, must keep the Court apprised of any new contact information. *See In Re: Cases Filed by Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024). It is *pro se* Defendant's obligation to provide an address for service. *See id.*

Accordingly, *pro se* Defendant is directed to file a letter on the Docket by **Tuesday, June 3, 2025**, providing an address at which he may be served by mail.

Plaintiff is directed to serve copies of (1) ECF Nos. 128 and 129 and (2) this Order on *pro se* Defendant at rojas.albert@gmail.com.

**SO ORDERED.**

Dated: May 27, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge