UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                   :

MPHASIS CORPORATION,                                :

                      Plaintiff,                            :

                                                        :             25-CV-3175 (JMF)
          -v-                                   :

                                                        :               <u>PRELIMINARY</u>
ALBERT ROJAS,                                   :     <u>INJUNCTION ORDER</u>

                      Defendant.                        :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This matter is before the Court on the motion of Plaintiff Mphasis Corporation ("Mphasis") for a Temporary Restraining Order and Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. *See* ECF No. 11. For reasons described in a separate opinion issued today, the Court, being duly advised, hereby grants a Preliminary Injunction as follows:

1. Rojas shall not, directly or indirectly, access, possess, disclose, and/or utilize for any purpose all confidential information, trade secrets, and other confidential or proprietary information owned, maintained, and/or utilized for the benefit of Mphasis, including but not limited to Mphasis emails and any documents, digital or hardcopy, created or used for Mphasis' clients.

2. Rojas shall cease using any email addresses impersonating Mphasis CEO Nitin Rakesh or an employee of Mphasis, including creating domain names resembling that of Mphasis, its employees, or its Legal Department.

3. Rojas shall cease contacting Mphasis CEO Nitin Rakesh and Mphasis employees.

4. Rojas shall cease contacting the client of Mphasis for whom he created content while employed by Mphasis, QBE, and its employees.

5. Rojas shall remove any websites using Mphasis in the domain name and cease creating websites disparaging Mphasis.

6. Rojas shall promptly cooperate in full with Mphasis' counsel in this matter to return all such confidential information of Mphasis in his possession, custody, or control, including whether maintained in hard copy or electronically, and shall not retain such information in any format, and Rojas shall further certify under oath the identity of all third parties with whom Rojas has shared or attempted to share such information.

7. Rojas shall cooperate in full with Mphasis' counsel to arrange for a neutral forensic examiner selected by Mphasis to conduct an immediate forensic examination of Rojas' personal Mac computer, including all email accounts, cloud accounts, and other relevant software/hardware utilized by Rojas since March 13, 2025.

8. This Order shall remain in effect until further ordered by this Court or entry of final judgment.

9. No bond is required to effectuate this Order.

SO ORDERED.

Dated: June 9, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge