UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MPHASIS CORPORATION,                                                 :
:
                        Plaintiff,                                   :
:                  25-CV-3175 (JMF)
        -v-                                                          :
:                     ORDER
ALBERT ROJAS,                                                        :
:
                        Defendant.                                   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By separate Amended Order of Reference dated today, the undersigned is referring this case to Magistrate Judge Ona T. Wang for general pretrial purposes and for purposes of any dispositive motions — i.e., all purposes. Upon reflection, and to avoid confusion, the undersigned concludes that such a referral is appropriate given Judge Wang's familiarity with the case and active involvement in ongoing settlement proceedings.

      SO ORDERED.

Dated: June 16, 2025
      New York, New York
                                        JESSE M. FURMAN
                                       United States District Judge