UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MPHASIS CORPORATION,  :
  :
          Plaintiff,  :  25-CV-3175 (JMF) (OTW)
  :
    -against-  :  **ORDER**
  :
ALBERT ROJAS,  :
  :
          Defendant.  :
  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to meet and confer and file a Rule 26(f) Report and Proposed Case Management Plan on the Docket by **Wednesday, July 2, 2025**. If the parties are unable to agree to a Proposed Case Management Plan, they may file separately. The parties are directed to use the Court's template, attached hereto as **Exhibit A**.

The parties are further directed to discuss whether they wish to consent to magistrate judge jurisdiction for all purposes. If the parties decide to consent, they are directed to submit one, completed Form AO 85, by **Wednesday, July 2, 2025**, a copy of which is attached hereto as **Exhibit B**. If the parties do not fully consent to magistrate judge jurisdiction, they may circle the appropriate choice on the Rule 26(f) Report.

    SO ORDERED.

Dated: June 20, 2025
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                            United States Magistrate Judge

# EXHIBIT A

*Revised: March 8, 2018*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
:
                        Plaintiff(s),      :  No. __-cv-____ (   ) (OTW)
:
     -against-                       :
:
:
:
                      Defendant(s).   :
:
-----------------------------------------------------------x

## PROPOSED CASE MANAGEMENT PLAN FOR *PRO SE* CASE

1. **Summary of Claims, Defenses, and Relevant Issues.**

   Plaintiff/Defendant (circle one)

   _____
   _____
   _____
   _____
   _____
   _____

2. **I understand my obligation to preserve – and am preserving – relevant information.**

   Plaintiff/Defendant (circle one)

3. **Proposed Schedule.**

All discovery should be completed by _____

    a.    Depositions: Depositions shall be completed by _____

    b.    Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    c.    Initial Requests for Documents must be made by _____.

    d.    Responses to Requests for Documents must be made by _____.

  e. Documents from third-parties (such as doctors) will/will not (circle one) be required. If required, the following are the third-parties from whom Documents will be requested.

   _____
   _____
   _____
   _____

  f. Subpoenas requesting Documents from third-parties must be served by _____. Documents obtained from third-parties must be provided to all parties in this matter.

  g. There will/will not (circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which the expert(s) is expected to testify:

   _____
   _____
   _____

4. **Early Settlement or Resolution.**

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than _____. The following information is needed before settlement can be discussed:
_____
_____
_____

5. **Other Matters.**

Plaintiff(s)/Defendant(s) (circle one) wish to discuss the following additional matters at the Initial Case Management Conference.
_____
_____
_____
_____

3

Respectfully submitted this _____ day of _____.

_____

Name

_____

Address

_____

Phone number

_____

Email

_____

Party representing (if applicable)

# EXHIBIT B

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.