**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
MPHASIS CORPORATION,                                       :
                     Plaintiff,             :
                                               :        25-CV-3175 (JMF)(OTW)
         -against-                                   :
                                               :        **ORDER**
ALBERT ROJAS,                                              :
                    Defendant.             :
-----------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       The parties have made <u>168 filings</u> since Judge Furman entered the preliminary injunction on June 9, 2025 (ECF Nos. 206 and 207). Many of these filings appear to ask for multiple forms of relief, much of it duplicative or seemingly in response to the same filing.

       Accordingly, the parties are directed to review their own filings on the docket and file a chart with the Court no later than **AUGUST 28, 2025** that identifies the following:

1) Each affirmative request for relief (by ECF number and short title);

2) A brief description of the relief sought;

3) Each filing that purports to oppose or respond to a filing by your adversary, each identified by ECF number and short title;

4) A brief description of the response;

5) For any filing that is neither an affirmative request (category #1) or an opposition or response to your adversary (category #3), identify the filing by ECF number; and

6) For any document category #5, a short description of the purpose and reasoning of the document.

Each entry shall not exceed 100 words. The Court may deem any filings not included in the chart to be withdrawn.

**Both parties are directed to make <u>only ONE filing each</u> in response to this Order. No commentary is necessary for your adversary's filings. Failure to comply with this Order may result in monetary or other sanctions under Fed. R. Civ. P. 16(f).**

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: July 31, 2025 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |