**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
MPHASIS CORPORATION,                          :
                    Plaintiff,                :
                                              :      25-CV-3175 (JMF)(OTW)
         -against-                            :
                                              :      ORDER
ALBERT ROJAS,                                 :
                                              :
                    Defendant.                :
                                              :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that its language in ECF 384 directing the parties make "**only ONE filing each**" (emphasis in original) may have been misinterpreted by Defendant to allow other filings in this case; Plaintiff has not made any filings other than the chart it was directed to submit in ECF 384.

**To make clear: Defendant is ORDERED to make NO FURTHER FILINGS OF ANY KIND until SEPTEMBER 2, 2025. No response is necessary to this Order.  Any further filings will be stricken and may result in monetary or other sanctions under Fed. R. Civ. P. 16(f).**

**SO ORDERED.**

Dated: August 12, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge