**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MPHASIS CORPORATION,               :

                Plaintiff,       :

                             :       25-CV-3175 (JMF)(OTW)

         -against-          :

                             :       **ORDER**

ALBERT ROJAS,                :

                             :

                Defendant.       :

                             :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court previously directed the parties to submit separate charts which identify and summarize "**Each** affirmative request for relief…;" "**Each** filing that purports to oppose or respond to a filing by your adversary…;" and "**[A]ny** filing that is neither an affirmative request … or an opposition or response to your adversary…" that the parties did not wish to withdraw. (ECF 384) (emphasis added). The Court is in receipt of Plaintiff's response at ECF 386, titled "LETTER re: Court Order at ECF Docket No. 384;" and Defendant's response at ECF 390, titled "LETTER" and ECF 391, titled "DEFENDANT'S COMPREHENSIVE CHART OF DOCKETED FILINGS IN COMPLIANCE WITH ECF 384."

It has come to the Court's attention that Defendant has omitted his answer (ECF 210), filed June 9, 2025, from his chart which Defendant proports to be a "full and faithful accounting of all docketed filings since…June 9, 2025." (ECF 391 at 1). Under the Court's prior Order, and Defendant's own statement that his chart was "submitted with full awareness of the Court's admonition that filings not identified herein may be deemed withdrawn" (ECF 391 at 2), Defendant's answer would be stricken and Defendant found in default.

However, in light of the Defendant's *pro se* status, The Court will allow the Defendant to make **ONE ADDITIONAL FILING** which amends his chart at ECF 391, no later than **September 9, 2025**. With the exception of this single filing, the Court's previous Order (ECF Nos. 384 and 403) prohibiting Defendant from making further filings in this case is **EXTENDED** to September 9, 2025. No other response is required to this Order.

If the entries on Defendant's amended chart conflict with the prior filed chart (ECF Nos. 390 and 391), Defendant's amended chart shall control. Defendant shall follow the same instructions in constructing the amended chart as the Court directed in ECF 384 – attached here as Exhibit A.

**SO ORDERED.**

Dated: September 2, 2025          */s/  Ona T. Wang*
      New York, New York          **Ona T. Wang**
                                      United States Magistrate Judge

EXHIBIT A

ECF 384

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
MPHASIS CORPORATION,                              :

                              Plaintiff,          :

                                                  :        25-CV-3175 (JMF)(OTW)

              -against-                           :

                                                  :        **ORDER**

ALBERT ROJAS,                                     :

                              Defendant.          :

                                                  :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties have made <u>168 filings</u> since Judge Furman entered the preliminary

injunction on June 9, 2025 (ECF Nos. 206 and 207). Many of these filings appear to ask for

multiple forms of relief, much of it duplicative or seemingly in response to the same filing.

Accordingly, the parties are directed to review their own filings on the docket and file a

chart with the Court no later than **AUGUST 28, 2025** that identifies the following:

1) Each affirmative request for relief (by ECF number and short title);

2) A brief description of the relief sought;

3) Each filing that purports to oppose or respond to a filing by your adversary, each

   identified by ECF number and short title;

4) A brief description of the response;

5) For any filing that is neither an affirmative request (category #1) or an opposition or

   response to your adversary (category #3), identify the filing by ECF number; and

6) For any document category #5, a short description of the purpose and reasoning of the

   document.

Each entry shall not exceed 100 words. The Court may deem any filings not included in the chart to be withdrawn.

**Both parties are directed to make <u>only ONE filing each</u> in response to this Order. No commentary is necessary for your adversary's filings. Failure to comply with this Order may result in monetary or other sanctions under Fed. R. Civ. P. 16(f).**

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: July 31, 2025                                                **Ona T. Wang**
          New York, New York                           United States Magistrate Judge