**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MPHASIS CORPORATION,  :
                Plaintiff,  :
                 :      25-CV-3175 (JMF)(OTW)
     -against-  :
                 :      **ORDER**
ALBERT ROJAS,  :
                Defendant.  :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's motion at ECF Nos. 416 – 418 and Defendant's response at ECF Nos. 419 - 420. Pursuant to Fed R. Civ P. 2(c)(1)(G), the Court has the authority to "issue an order to protect a party . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed []." Because Plaintiff has alleged facts that, if true, would satisfy the five-part used to In determine whether a document is a trade secret to be filed under seal (*see Hildreth Real Est. Advisors LLC v. Galvis*, No. 23-CV-9372, 2024 WL 3318124 [S.D.N.Y. June 26, 2024]), Plaintiff's application to seal ECF Nos. 407 and 411 is **TEMPORARILY GRANTED** until Plaintiff's motion is decided.

       **SO ORDERED.**

Dated: September 12, 2025                        */s/ Ona T. Wang*
       New York, New York                  **Ona T. Wang**
                                              United States Magistrate Judge