**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MPHASIS CORPORATION,
                      Plaintiff,

              -against-

ALBERT ROJAS,

                      Defendant.
------------------------------------------------------------x

25-CV-3175 (JMF)(OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

It has come to the Court's attention that Defendant has filed ECF 428-1 which contains yet another copy of a PowerPoint created by Plaintiff for its client QBE (the "QBE PowerPoint"), which Plaintiff alleges to be confidential and proprietary information that also contains trade secrets. (*see* ECF Nos. 416-418, 429). In light of this latest filing, the Court takes the opportunity to address some of Defendant's repeated history of improper filings.

On May 6, Judge Furman entered a Temporary Restraining Order (the "TRO") which directed *inter alia* that "Rojas shall not…access, possess, disclose, and/or utilize for any purpose all confidential information, trade secrets, and other confidential or proprietary information owned, maintained, and/or utilized for the benefit of Mphasis, including but not limited to Mphasis emails and any documents, digital or hardcopy, created or used for Mphasis' clients." (ECF 65 at 1 ¶ 1). On June 9, Judge Furman entered a preliminary injunction (the "PI") against Defendant containing the same restriction. (ECF Nos. 207 at 1 ¶ 1). Defendant has repeatedly violated the TRO and PI by openly filing – and re-filing – the QBE PowerPoint and other protected material. To wit:

| **May 6** | ECF 65 | **TRO Entered.** |
|---|---|---|
| May 7 | ECF 82 | **QBE PowerPoint Disclosure #1:** Plaintiff moves for sanctions after Defendant demonstrates he is in possession of Plaintiff's confidential material and utilizes it by emailing the QBE PowerPoint to Plaintiff's and QBE's counsel. |
| May 13 | ECF 99-1 | **QBE PowerPoint Disclosure #2:** Defendant emails the QBE PowerPoint to ProSe@nysd.uscourts.gov and requests that it be docketed. |
| May 13 | ECF 105 | **QBE PowerPoint Disclosure #3:** Defendant's filing includes screenshots of the QBE PowerPoint. |
| May 14 | ECF 115 | **QBE PowerPoint Disclosure #4:** Defendant's filing includes screenshots of the QBE PowerPoint. |
| **June 9** | **ECF Nos. 206 - 207** | **PI Entered.** |
| June 30 | ECF 291-3 | **QBE PowerPoint Disclosure #5**: Defendant's filing includes screenshots of the QBE PowerPoint. |
| June 30 | ECF 292-1 | **QBE PowerPoint Disclosure #6**: Defendant's filing includes screenshots of the QBE PowerPoint. |
| July 2 | ECF 323-1 | **QBE PowerPoint Disclosure #7:** Defendant files the QBE PowerPoint in full. |
| **August 1** | **ECF Nos. 384, 403, 404,** | **With certain exceptions not relevant here, the Court orders Defendant to make no further filings until September 9.** |
| September 4 | ECF 411 | **QBE PowerPoint Disclosure #8**: Defendant files the QBE PowerPoint in full. |
| September 9 | ECF 414 | **Lucid Motors PowerPoint Disclosure #1:** Defendant files a full PowerPoint Plaintiff created for a different client, Lucid Motors, which Plaintiff also contends is confidential and proprietary and contains trade secrets. |
| **September 12** | **ECF 425** | **The Court Seals ECF 411.** |
| Dated: September 12 Docketed: September 14 | ECF 421 | **QBE PowerPoint Disclosure #9:** Defendant's filing includes screenshots of the QBE PowerPoint. |
| Dated: September 12 Docketed: September 14 | ECF 422 | **QBE PowerPoint Disclosure #10:** Defendant's filing includes screenshots of the QBE PowerPoint. |
| September 16 | ECF 428-7 | **QBE PowerPoint Disclosure #11**: Defendant files the QBE PowerPoint in full. |

To address this multitude of improper filings by Defendant, it is **HEREBY ORDERED:**

- Because they contain confidential and proprietary information and/or trade secrets, open filing of ECF Nos. 105, 115, 291, 292, 323, 414, 421, and 422 violates ¶ 1 of the TRO and ¶ 1 of the PI; accordingly, those filings are **STRICKEN**.

- Because the motion to dismiss is procedurally improper and contains confidential and proprietary information and/or trade secrets in violation of ¶ 1 of the PI, ECF 428 is **STRICKEN**.

- Because they were filed before September 9, these documents were filed in violation of the Court's filing injunction at ECF 405 and are hereby **STRICKEN**: ECF Nos. 407, 409, 410, 411, 412, and 413.[1]

**ACCORDINGLY, DEFENDANT SHALL MAKE NO FURTHER FILINGS OF ANY KIND UNTIL OCTOBER 6, 2025. ANY VIOLATIONS OF THIS COURT'S ORDER WILL RESULT IN MONETARY SANCTIONS OF $5 PER FILING AND MAY INCLUDE OTHER SANCTIONS SUCH AS CIVIL OR CRIMINAL CONTEMPT UNDER FED. R. CIV. P. 16, 18 U.S.C. § 401, AND THE COURT'S INHERENT AUTHORITY.**

SO ORDERED.

Dated: September 19, 2025
New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge

---

[1] Only those filings which also violate either the TRO or PI ¶ 1 were included in the chart.