UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MPHASIS CORPORATION, :
:
Plaintiff, :
: 25-CV-3175 (JMF)
-v- :
: ORDER
ALBERT ROJAS, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 6, 2025, Defendant Albert Rojas filed objections to Magistrate Judge Wang's Report and Recommendation. *See* ECF No. 448. Earlier today, Plaintiff MPHASIS Corporation filed a response. *See* ECF No. 454. Accordingly, the matter of whether to adopt Magistrate Judge Wang's Report and Recommendation is now fully submitted, *see* Fed. R. Civ. P. 72(b)(2), and any further filings relating to the Report and Recommendation would be procedurally improper. **In light of that, any further filings directed to the undersigned will be disregarded and may result in the imposition of sanctions.**

      The referral to Magistrate Judge Wang remains in effect. Thus, any filings unrelated to whether her Report and Recommendation should be adopted should be directed to her, not the undersigned. That said, the Court notes that Magistrate Judge Wang's prohibition on Defendant making further filings of any kind remains in effect. *See* ECF Nos. 442, 447.

      SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge