**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MPHASIS CORPORATION,                    :

             Plaintiff,      :

                         :        25-CV-3175 (JMF)(OTW)

    -against-                         :

                         :        **ORDER**

ALBERT ROJAS,                           :

             Defendant.      :

                         :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of the upcoming Thanksgiving holiday, Defendant's filing injunction is **EXTENDED** through **December 8, 2025**.

**Any filings in violation of this injunction will be stricken and will result in further monetary sanctions of $5 per filing and may result in a loss of ECF filing privileges.**

   **SO ORDERED.**

                                    */s/  Ona T. Wang*
Dated: November 25, 2025                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge