**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MPHASIS CORPORATION,                           :

                        Plaintiff,          :

                                :          25-CV-3175 (JMF)(OTW)

        -against-                              :

                                :          **ORDER**

ALBERT ROJAS,                                   :

                    Defendant.           :

                                :

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

As my Report and Recommendation to strike Defendant's answer, (ECF 404), remains pending before Judge Furman, Defendant's filing injunction is **EXTENDED** through **December 22, 2025**. All other conditions remain the same.

**Any filings in violation of this injunction will be stricken and will result in further monetary sanctions of $5 per filing and may result in a loss of ECF filing privileges.**

    SO ORDERED.


                                    */s/ Ona T. Wang*

Dated: December 5, 2025                 **Ona T. Wang**

       New York, New York          United States Magistrate Judge