**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MPHASIS CORPORATION,                                                :

                Plaintiff,                       :

                                    :      25-CV-3175 (JMF)(OTW)

      -against-                                   :

                                      :      **ORDER**

ALBERT ROJAS,                                                          :

                Defendant.                  :

                                      :

------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

As my Report and Recommendation to strike Defendant's answer, (ECF 404), remains pending before Judge Furman, and in light of the upcoming holiday, Defendant's filing injunction is **EXTENDED** through **January 13, 2025**. All other conditions remain the same.

      **Any filings in violation of this injunction will be stricken and will result in further monetary sanctions of $5 per filing and may result in a loss of ECF filing privileges.**

      **SO ORDERED.**


                                          */s/ Ona T. Wang*

Dated: December 19, 2025                               **Ona T. Wang**
       New York, New York                             United States Magistrate Judge