**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

MPHASIS CORPORATION,                 :

               Plaintiff,        :

                           :            25-CV-3175 (JMF)(OTW)

       -against-            :

                           :            **ORDER**

ALBERT ROJAS,                 :

                           :

             Defendant.       :

                           :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

For the reasons previously stated, Defendant's filing injunction is **EXTENDED** through

**January 20, 2026**. All other conditions remain the same.

       **Any filings in violation of this injunction will be stricken and will result in further**

**monetary sanctions of $5 per filing and may result in a loss of ECF filing privileges.**

       **SO ORDERED.**


                                        */s/ Ona T. Wang*

Dated: January 9, 2026                        **Ona T. Wang**

        New York, New York                United States Magistrate Judge