UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

:

MPHASIS CORPORATION,                                           :

:

Plaintiff,              :

:          25-CV-3175 (JMF)

-v-                                                          :

:          ORDER

ALBERT ROJAS,                                                       :

:

Defendant,              :

:

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff Mphasis Corporation has filed a letter-motion seeking an adjournment of the civil contempt hearing previously scheduled for March 4, 2026, and "clarification" on the filing of exhibits. *See* ECF No. 509. Plaintiff's request for an adjournment is GRANTED, and the hearing is hereby rescheduled to **March 12, 2026**, at **10:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, **500 Pearl Street, New York, NY**.

Upon reflection, to help ensure that the docket is limited to information that is properly made public, the Court will modify the procedures for filing submissions, including any witness declarations or affidavits and any exhibits, in advance of the hearing. The dates, deadlines, and procedures set forth in the Court's Memorandum Opinion and Order of February 4, 2026, ECF No. 508, remain in effect, except that: **Defendant Albert Rojas shall not file any such submissions on the docket or submit them directly to the Court in another manner**. Instead, **Rojas shall electronically serve — but not file — any and all such submissions on Plaintiff**, which shall, within **three days of such service**, file them on ECF. To the extent that Plaintiff concludes that a submission contains confidential information or should not be filed publicly for some other reason, it shall seek leave, in accordance with the Court's Individual

Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman),

to file the submission under seal or in redacted form. **If Defendant files something directly on**

**ECF or with the Court in violation of this Order, the submission may be stricken without**

**notice and Defendant may be subject to further sanctions, up to and including being held in**

**contempt, striking any answer, and entering default judgment.**

Additionally, and for avoidance of doubt, the Court notes that the parties' submissions

should address any and all facts relevant to whether the Court should adopt Magistrate Judge

Wang's Report and Recommendation and need not be limited to the list of facts she certified.

The Clerk of Court is directed to terminate ECF No. 509.


SO ORDERED.

Dated: February 5, 2026
      New York, New York

_____
             JESSE M. FURMAN
         United States District Judge

2