UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
MPHASIS CORPORATION,                                                :
                                                                    :
                            Plaintiff,                              :
                                                                    :          25-CV-3175 (JMF)
            -v-                                                     :
                                                                    :             ORDER
ALBERT ROJAS,                                                       :
                                                                    :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court is going to oversee the forensic imaging of Defendant's laptop.  That way, Defendant need not compromise his passwords.  But nor will he be permitted to obstruct or interfere with the examiner while the imaging is done.

To that end, the parties shall appear on **April 13, 2026**, at **10:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.  Plaintiff shall bring Defendant's laptop and the neutral examiner.  No later than **April 6, 2026**, Plaintiff shall submit an electronic device form to the Court listing all electronic devices that the examiner will need to perform the imaging at the courthouse.  By letter the **same day**, Plaintiff shall advise the Court if Defendant needs to bring anything (aside from himself) — such as his cellphone — to ensure that the imaging can proceed.  Defendant is cautioned that failure to do what he needs to do to ensure that the imaging proceeds smoothly — from showing up with whatever is needed to conduct the imaging, to providing his password(s), to complying with the Court's directions during the process — may result in his being held in contempt and ordered to pay as a sanction at least $500.  In addition, the Court can and may order that Defendant be incarcerated until such time as he complies with this Order and the prior Orders of the Court.

During the imaging, the Court will discuss the prospects of settlement with the parties, including whether Defendant should (as the Court firmly believes) accept the offer of pro bono representation and when the parties should appear before Magistrate Judge Netburn.

Finally, Defendant has resumed his pattern of filing unsolicited submissions that are not germane to any issue pending before the Court. *See* ECF Nos. 531, 533-39. **Unless the Court orders otherwise, Defendant shall not file anything unless he obtains prior leave of Court to do so. To obtain such leave, he may file a letter motion, not to exceed one paragraph and no longer than one page, explaining what he would like to file and why he should be permitted to file it. Any violations of the foregoing will result in monetary sanctions of $5 per filing and may include other sanctions pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure as well as the Court's inherent authority.**

The Clerk of Court is directed to terminate ECF Nos. 532-33.

SO ORDERED.

Dated: March 30, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2