UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

MPHASIS CORPORATION,                   :

                                   :

               Plaintiff,      :

                                   :        25-CV-3175 (JMF)

      -v-                       :

                                   :          ORDER

ALBERT ROJAS,                    :

                                   :

             Defendant.     :

                                   :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 13, 2026, the Court held a conference to oversee the forensic imaging of Defendant's laptop. *See* ECF No. 540. It took much longer than anticipated, but thankfully the laptop was successfully imaged, and at 6:44 p.m., was returned to Defendant. As discussed on the record at the conference, the information obtained during the imaging shall, unless and until the Court orders otherwise, be maintained exclusively by Plaintiff's vendor (which includes not sharing it with Plaintiff's counsel) and shall not be accessed or searched by anyone.

With the forensic imaging now done, the parties should — as discussed — focus their attention on trying to resolve this case without the need for further litigation (including a decision on the issue of contempt). To that end, counsel shall file a joint letter no later than **April 22, 2026**, addressing whether there is a need to access or review the information obtained during the imaging in connection with the parties' good-faith settlement talks and, if so, proposing any search or review procedures. If there is no need to access or review the information obtained during the imaging in connection with the parties' good-faith settlement talks, the information should be set aside for now so that the parties can focus on settlement.

The Court thanks the parties and counsel for their cooperation and patience in finally getting the imaging done and reiterates its plea that everyone take a deep breath and figure out a way to resolve this case. It would be in the parties' interests, the Court's interests, and the interests of justice.

      SO ORDERED.

Dated: April 14, 2026
      New York, New York                   _____
                                        JESSE M. FURMAN
                                      United States District Judge