UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :

MPHASIS CORPORATION,            :
                  :
          Plaintiff,       :
                  :      25-CV-3175 (JMF)
     -v-              :
                  :       ORDER
ALBERT ROJAS,              :
                  :
          Defendant.    :
                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 14, 2026 Order, ECF No. 547, counsel were required to file a joint letter, the contents of which are described therein, no later than **April 22, 2026**.  To date, counsel have not filed a letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 29, 2026.**

      SO ORDERED.

Dated: April 24, 2026
     New York, New York                       JESSE M. FURMAN
                                United States District Judge