UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                         :

MPHASIS CORPORATION,                 :

                         :

             Plaintiff,        :

                         :         25-CV-3175 (JMF)

      -v-                    :

                         :         <u>ORDER</u>

ALBERT ROJAS,                  :

                         :

            Defendant,     :

                         :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court is disappointed to hear that the parties were not able to resolve this case with the assistance of Magistrate Judge Netburn.  In light of that development, the parties are hereby ORDERED to each submit a letter, not to exceed four pages and no later than **June 5, 2026,** proposing next steps in the case, including but not limited to:

(1) Whether the Court should rule on the issue of Defendant's civil contempt and the imposition of sanctions (i.e., issue a decision with respect to Magistrate Judge Wang's Reports and Recommendations); and

(2) What bearing, if any, any developments since the civil contempt hearing, *see* ECF No. 510, have on the Court's resolution of those matters.

Unless the Court orders otherwise, **Defendant shall not file anything on the docket other than a single filing in response to the foregoing — unless he obtains prior leave of Court to do so**. To obtain such leave, he may file a letter motion, not to exceed one paragraph and no longer than one page, explaining what he would like to file and why he should be permitted to file it.  Any violations of the foregoing will result in monetary sanctions of $5 per filing and may include other sanctions pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure as well as the Court's inherent authority.

      SO ORDERED.

Dated: May 29, 2026
      New York, New York                      _____
                                      JESSE M. FURMAN
                               United States District Judge