UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MPHASIS CORPORATION, Plaintiff, -v- ALBERT ROJAS, Defendant. | : | 25-CV-3175 (JMF) (OTW) MEMORANDUM OPINION AND ORDER |

JESSE M. FURMAN, United States District Judge:

On August 6, 2026, the Court issued an Opinion and Order adopting a Report and Recommendation from Magistrate Judge Wang and holding Defendant Albert Rojas, who proceeds here pro se, in civil contempt for his repeated violations of Court orders. *See* ECF No. 570. Rojas now moves for reconsideration. *See* ECF Nos. 572-73. "It is well-settled that [a motion for reconsideration] is not a vehicle for relitigating old issues, presenting the case under new theories, securing a rehearing on the merits, or otherwise taking a second bite at the apple. Rather, the standard for granting a . . . motion for reconsideration is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked." *Analytical Survs., Inc. v. Tonga Partners, L.P.*, 684 F.3d 36, 52 (2d Cir. 2012) (cleaned up). Measured against that "strict" standard, Rojas's motion fails, as he largely reiterates arguments that he has made (repeatedly) without success — most notably, that the materials he has shared were not confidential because the laptop that he was given to work on the materials belonged to QBE, not Plaintiff Mphasis Corporation. Accordingly, Rojas's motion is denied. The Clerk of Court is direct to terminate ECF No. 572.

SO ORDERED.

Dated: August 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge