**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
MPHASIS CORPORATION, :
Plaintiff, :
: 25-CV-3175 (JMF)(OTW)
-against- :
: **ORDER**
ALBERT ROJAS, :
:
Defendant. :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On October 23, 2026, the Court received an email from Defendant reporting that he had experienced issues in timely filing his inquest submission, potentially due to issues associated with a software update. The Court is in receipt of ECF Nos. 595-605 and deems Defendant's submissions timely filed. The Court considers ECF Nos. 595-605 to be Defendant's complete inquest submission and directs Defendant not to file any more documents on the docket, unless the Court directs him to do so.

Non-party QBE has alerted the Court that Defendant emailed them in violation of an injunction directing him not to do so. Both Defendant and QBE's emails are attached as Exhibit A. Defendant has already been found in contempt for violating this order. (ECF 570). Defendant is again warned not to email or otherwise contact parties he has been enjoined from contacting. If he does so again, he will be sanctioned.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2026
New York, New York

# Exhibit A

Outlook

**RE: Mphasis Corp. v. Rojas, No. 25-cv-03175 — October 23 Opposition Submission [QBE-NALEGAL.FID43870]**

**From** Wen Cheng [redacted]
**Date** Fri 10/23/2026 5:37 PM
**To** A R [redacted]; Wang NYSD Chambers [redacted]
**Cc** Pro Se Filing <Pro_Se_Filing@nysd.uscourts.gov>; Joseph B. Cartafalsa [redacted]; Julie Anderson [redacted]

1 attachment (1 MB)
Regulatory review QBE endpoint and access practices;

**CAUTION - EXTERNAL:**

Good afternoon, Judge Wang—

Julie Anderson and I are in-house attorneys at QBE. We are not counsel for QBE in this matter, as QBE is not a party. Therefore, we do not wish to be copied on any communications or otherwise contacted by Mr. Rojas regarding this matter. Mr. Rojas also contacted us by email on October 9, 2026, which is attached.

We understand that Mr. Rojas was enjoined from contacting QBE and its employees and was previously found in contempt for violating that order (Opinion Adopting Report and Recommendations, ECF 570). We therefore wanted to bring this matter to the Court's attention.

Thank you.

Wen Cheng (she/her)
Senior Counsel
Legal & Regulatory | North America
500 W. Madison St., Suite 1205, Chicago, IL 60661
+1 312 803 4090
Website | LinkedIn | Facebook | Instagram

QBE Insurance

**From:** A R <[redacted]
**Sent:** Friday, October 23, 2026 2:39 PM
**To:** [redacted]
**Cc:** ProSe@nysd.uscourts.gov; Joseph B. Cartafalsa [redacted]; Julie Anderson

[redacted]; Wen Cheng [redacted]

**Subject:** Mphasis Corp. v. Rojas, No. 25-cv-03175 — October 23 Opposition Submission

This email was sent from someone outside of QBE. Be cautious opening links and attachments. Use the 'Report Phishing' button if suspicious.

Dear Judge Wang:

Beginning at approximately 9:30 p.m. on October 22, 2026, I emailed the Pro Se Intake Unit my consolidated opposition and ten supporting declarations, due today, October 23. The submission consisted of 11 emails with flattened PDF attachments. Plaintiff's counsel and QBE's counsel were copied on every transmission.

When I called the Pro Se Office, I was told that the emails were "malformed." I am not aware of any defect in the emails or attachments. Staff also advised me that the office had experienced problems associated with a software upgrade, including login difficulties during the preceding week. I cannot confirm whether those issues affected my submissions.

On Monday, October 26, I will deliver hard copies of all 11 emails and their attachments to the Pro Se Office's front desk, including the transmission records showing the October 22 dates and times.

I respectfully ask that the Court note my attempted submission before today's deadline and permit the hard copies to supplement those email transmissions.

Respectfully,
Albert Rojas
Pro Se Defendant

Sent from my iPhone

*This electronic message from QBE North America and any attachment to it is intended exclusively for the individual or entity to which it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any unauthori ed disclosure, copying, distribution or use of this electronic message or any attachment is prohibited. If you have received this message in error, please return it to the sender and delete this original from your system.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.