**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MPHASIS CORPORATION,

Plaintiff,

-against-

ALBERT ROJAS,

Defendant.

-----------------------------------------------------------x

25-CV-3175 (JMF)(OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF Nos. 595-605. Plaintiff is directed to review ECF Nos. 595-605 to assess whether they should be sealed and if so, should file a sealing motion that comports with my Individual Practices by **November 4, 2026.**

My Individual Practices can found here: https://nysd.uscourts.gov/sites/default/files/practice_documents/OTW%20Wang%20Individual%20Practices%20April%202025.pdf.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2026
New York, New York