**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MPHASIS CORPORATION,

Plaintiff,

-against-

ALBERT ROJAS,

Defendant.

-----------------------------------------------------------x

25-CV-3175 (JMF)(OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 614, 618, and 619.

Defendant's motion for leave to file a response to ECF 611 (ECF 614) is **DENIED** as moot. On November 4, 2026, the Court entered an order granting Defendant leave to respond to ECF 611 on a limited basis. (ECF 612). While Defendant's motion for leave to file a response to ECF 611 is dated November 2, 2026, it was not docketed until November 9, 2026, five days after the Court's order.

Plaintiff's motion to strike ECF Nos. 613, 614, 616, and 617 (ECF 618) is **DENIED.**

Defendant's motion for leave to file a response to ECF 618 (ECF 619) is **DENIED**; no response is necessary.

Parties are advised that the Court considers the inquest briefing complete. Parties should refrain from making additional filings on the docket as they will not be considered as part of the inquest briefing.

The Clerk is respectfully directed to close ECF Nos. 614 and 618.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 23, 2026
New York, New York